**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**MICHAEL LORUSSO,**

      **Petitioner,**

**v.**                                   **Case No. 1:25-cv-198-AW-MAF**

**SECRETARY, FLORIDA
DEPARTMENT OF CHILDREN
AND FAMILIES,**

      **Respondent.**

_____/

## ORDER OF DISMISSAL

Having considered the magistrate judge's report and recommendation (ECF No. 10) and Petitioner's objections (which I have considered de novo), I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice." A certificate of appealability is denied.

The clerk will close the file.

SO ORDERED on October 3, 2025.

                                   s/ *Allen Winsor*_____
                                   Chief United States District Judge